

300 Cadman Plaza W, 12 FL
Brooklyn, NY 11201
Fax: 646-679-2527

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/10/2021__

November 10, 2021

Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>00112-Williams</u>
                <u>21-cv-07370-AT</u>

Dear Judge Torres:

    The undersigned represents the plaintiffs in this matter. I write to you requesting an extension of time to file the joint letter and joint proposed Case Management Plan and Scheduling Order. Due to an oversight and other engagements this office was unable to prepare and submit the joint letter and proposed order by November 8, 2021 and we sincerely apologize. As of this time only two of the five defendants have appeared. The remaining three defendants are in the process of being served with the summons and complaint and their time to answer has not yet expired. As such, I request an extension of thirty (30) days to December 8, 2021 to file the joint letter and proposed case management plan and scheduling order so that the remaining defendants may appear and coordinate with us in scheduling the discovery deadlines. Counsel for the appearing defendants consents to this request and this request would not affect any other deadlines. Thank you for your time and attention to this matter.

                Very truly yours,

                *Caner Demirayak*
                Caner Demirayak, Esq.

    GRANTED.

    SO ORDERED.

    Dated: November 10, 2021
           New York, New York

           ANALISA TORRES
        United States District Judge

cl