UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIM WILLIAMS and LARRY WILLIAMS,

              Plaintiffs,

-v-

EBONY D. HARRIS, ODAI M AL HAJEH, CB LIVERY LEASIN LLC, VANESSA SOTO, and GLEN CONTRERAS,

              Defendants.

CIVIL ACTION NO.: 21 Civ. 7370 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, February 17, 2022, by **March 25, 2022**, the parties shall file a joint status report advising whether they are prepared to proceed with a settlement conference before the Court.

Dated:    New York, New York
          February 17, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge