UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIM WILLIAMS and LARRY WILLIAMS,

                Plaintiffs,

-v-

EBONY D. HARRIS, ODAI M AL HAJEH, CB LIVERY LEASIN LLC, VANESSA SOTO, and GLEN CONTRERAS,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 7370 (AT) (SLC)

**AMENDED SETTLEMENT CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiffs' request (ECF No. 50) to adjourn the settlement conference scheduled for May 18, 2022 is GRANTED, and the settlement conference is ADJOURNED to **Thursday, June 16, 2022 at 10:00 am**. The settlement conference will take place in person, in Courtroom 18A, 500 Pearl Street, New York, New York. Plaintiffs' request to appear by telephone is GRANTED. Plaintiffs are directed to call the Court's conference line at 866-390-1828; access code: 380-9799, at least five minutes before the scheduled time. Plaintiffs' counsel shall appear in person.

The Court's Standing Order Applicable to Settlement Conferences Before Magistrate Judge Cave (ECF No. 49 at 4–6) remains in effect. The submissions required by paragraph 4 of the Standing Order shall be emailed to Chambers (cave_nysdchambers@nysd.uscourts.gov) and opposing counsel by **June 10, 2022**. The parties are reminded to include the Attendance Acknowledgement form annexed to the Standing Order (id. at 7).

Dated:     New York, New York
            April 19, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**